UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 14, 2013

No. 10-3426 and 10-3486

EDDIE KNIGHT; CHARLES S. MILLER-BEY;
EDDIE MCBRIDE; LEONARD RILEY, JR.,
Appellants/Cross Appellees

v.

INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,
Appellee/Cross Appellant

(D. Del. No. 1-01-cv-00005)

Present: GREENAWAY, JR., NYGAARD and VAN ANTWERPEN, Circuit Judges

1. Unopposed Motion to Amend the Opinion, filed by Appellants/Cross
   Appellees Eddie Knight, Charles S. Miller-Bey, Eddie McBride, and Leonard
   Riley, Jr.

Respectfully,
Clerk/tnh

_____ORDER_____

The foregoing is hereby granted. Section IV of the Court's opinion is hereby amended as
follows:

IV.

We will affirm the District Court's order challenged on direct appeal. We will

reverse, however, the District Court's ruling that Knight's LMRDA § 101(a)(5) rights

were violated.

By the Court,

/s/ Richard L. Nygaard
Circuit Judge

Dated:   June 25, 2013

Tnh/cc:  All Counsel of Record